**DISMISS and Opinion Filed February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01162-CV

### HM RUBY FUND, L.P., Appellant
### V.
### C.A. RUNDELL, JR. AND PAMELA RUNDELL, AS TRUSTEE OF THE
### CLARENCE A. RUNDELL, JR. IRREVOCABLE TRUST, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-09062**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

141162F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HM RUBY FUND, L.P., Appellant

No. 05-14-01162-CV        V.

C.A. RUNDELL, JR. AND PAMELA
RUNDELL, AS TRUSTEE OF THE
CLARENCE A. RUNDELL, JR.
IRREVOCABLE TRUST, Appellees

On Appeal from the 116th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-09062.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered February 19, 2015.